ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant Walmart Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE MICALI, individually,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a foreign corporation; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants | Case No.: 2:19-cv-00121-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 15, 17 |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .
. . .
. . .
. . .
. . .
. . .
. . .

- 1 -

party's own costs and attorney's fees.

DATED this 2 day of May 2019.                    DATED this 21st day of May 2019.

PATERNOSTER LAW GROUP                             PHILLIPS, SPALLAS & ANGSTADT, LLC

                                                  #13362

GLEN A. PATERNOSTER, ESQ.                         BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 5452                               Nevada Bar No. 12980
400 South Fourth Street, Third Floor              504 South Ninth Street
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89101
(702) 654-1111                                    (702) 938-1510

*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*Jane Micali*                                     *Walmart, Inc.*

## ORDER

Based on the parties' stipulation **[ECF Nos. 15, 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 24, 2019